01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08    UNITED STATES OF AMERICA,           **)**
                                          **)**    CASE NO. MJ22-584
09            Plaintiff,                   **)**
                                          **)**
10            v.                           **)**
                                          **)**    DETENTION ORDER
11    HECTOR ARGUETA-AGUIRRE,              **)**
                                          **)**
12            Defendant.                   **)**
      _____   **)**

13

14    <u>Date of Detention Hearing</u>:    December 16, 2022.

15            The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

16    based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17    that no condition or combination of conditions which defendant can meet will reasonably assure

18    the appearance of defendant as required and the safety of other persons and the community.

19            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

20            1.      Defendant has been charged with Illegal Reentry of a Removed Alien.

21    Defendant is a risk of nonappearance based on a prior removal from the country, noncompliance

22    with prior court orders, and the use of an alias. Additionally, he was not interviewed so his

DETENTION ORDER
PAGE -1

01   background and ties to this district are unknown.   Defendant does not contest detention.

02        2.        There does not appear to be any condition or combination of conditions that will

03   reasonably assure the defendant's appearance at future Court hearings while addressing the

04   danger to other persons or the community.

05   It is therefore ORDERED:

06   1.   Defendant shall be detained pending appearance in the District of Kansas, and committed

07        to the custody of the Attorney General for confinement in a correction facility;

08   2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

09   3.   On order of the United States or on request of an attorney for the Government, the person

10        in charge of the corrections facility in which defendant is confined shall deliver the

11        defendant to a United States Marshal for the purpose of an appearance in connection with a

12        court proceeding; and

13   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

14        the defendant, to the United States Marshal, and to the United States Probation Services

15        Officer.

16        DATED this 16th day of December, 2022.

17

18        S. KATE VAUGHAN
          United States Magistrate Judge

19

20

21

22

DETENTION ORDER
PAGE -2